UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRENCE WEBB,

        Petitioner,

   v.

MAURICE JUNIOUS, Warden,

        Respondent.

No. C-12-3182 EMC (pr)

**ORDER OF DISMISSAL**

This action was opened when the Court received from Terrence Webb a document entitled "Petitioner's Opposition To The Respondent's Motion To Dismiss." Although the document listed the Northern District as the district in which the action was pending and came in an envelope addressed to the Northern District, the case number listed on the first page (*i.e.*, 2:12 CV-0025-JAM) did not correspond to the Northern District's numbering system or to any case pending in the Northern District. It turns out that the document pertains to an action pending in the *Eastern* District of California: *Terrence Webb v. Maurice Junious*, E. D. Cal. No. 2:12-cv-0056-JAM-CKD. Webb filed a copy of the Opposition in the action in the Eastern District on July 16, 2012. *See id.* at Docket # 25.

This action is dismissed because it was opened in error. No filing fee is due.

IT IS SO ORDERED.

Dated: July 20, 2012

                                              EDWARD M. CHEN
                                              United States District Judge